UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gary G. Pelletier (GP-5459)
DENNER♦PELLEGRINO, LLP
4 Longfellow Place, 35th Floor
Boston, Massachusetts 02114
Tel:    (617) 227-2800
Fax:    (617) 973-1562

| |
|---|
| EMPYREAN INVESTMENT FUND, LP, |
| EMPYREAN GENERAL PARTNER, LLC, |
| ASH MASTER FUND II, LLC, ASH |
| MASTER FUND, LP, ASH FUND, LP, |
| f/k/a ASH CAPITAL MANAGEMENT, |
| ASH GENERAL PARTNER, LLC, ASH |
| OFFSHORE FUND, LTD, ASH GENERAL |
| PARTNER OFFSHORE, LTD, et al. |
| Appellants |
| |
| v.                                             Docket No. 08-cv-06936 |
| |
| ALAN NISSELSON and OFFICIAL |
| COMMITTEE OF UNSECURED |
| CREDITORS, |
| Appellees. |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Gary G. Pelletier as attorney of record on behalf of the appellants, Empyrean Investment Fund, LP, et al, in the above-captioned matter.

Dated: August 14, 2008  
      Boston, MA

Respectfully submitted,  
EMPYREAN INVESTMENT FUND, LP et al  
By and through their attorneys,

/s/ *Gary G. Pelletier*  
Gary G. Pelletier (GP-5459)  
DENNER♦PELLEGRINO, LLP  
4 Longfellow Place, 35th Floor  
Boston, Massachusetts 02114  
Tel:   (617) 227-2800  
Fax:   (617) 973-1562  
gpelletier@dennerpellegrino.com

Certificate of Service

I, Daniel C. Reilly, hereby certify that on this the 14th day of August 2008, I caused a true copy of the foregoing *Notice of Appearance*, to be served electronically upon all parties registered with ECF for this matter.

/s/ *Daniel C. Reilly*  
Daniel C. Reilly