# DENNER ♦ PELLEGRINO, LLP

### COUNSELLORS AT LAW



August 14, 2008

Hon. Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**  **In Re: Marketxt Holdings Corp.**
        **Docket No. 08-cv-06936**

# MEMO ENDORSED
### P 2

Dear Judge Berman:

Yesterday afternoon, August 13th, I was engaged to represent the appellants, Empyrean Investment Fund, LP, et al ("our clients"), in the above-referenced matter. Accordingly, I have today entered my appearance as counsel of record on behalf of our clients.

As you are aware, in order for our clients' appeal to be perfected, a statement of issues and designation of record on appeal must be filed. Pursuant to the Federal Rules of Appellate Procedure, said documents are due within ten (10) days of docketing of the Notice of Appeal, which occurred on August 4th. Given that I have entered my appearance today, I respectfully request an extension of today's filing deadline for eleven (11) days to Monday, August 25th. The requested extension is necessary for me to review the underlying Bankruptcy Court record and adequately prepare the statement of issues and designation of record on appeal. For substantially similar reasons, I also respectfully request the filing date for the appellant's brief be extended by sixty (60) days from August 22nd to October 21st. The granting of the requested continuances will prejudice neither the Court nor the appellees, and is in the interests of justice.

Thank you for your consideration of the foregoing.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/15/08

Sincerely,

Gary G. Pelletier (GP-5459)

4 Longfellow Place, 35th Floor, Boston, MA 02114    Telephone (617) 227-2800    Telefax (617) 973-1562

| 265 State Street | 536 Atwells Avenue | 3604 Broadway |
| Springfield, MA 01103 | Providence, RI 02909 | New York, NY 10031 |
| (413) 746-4400 | (401) 454-4004 | (866) 348-0900 |

# DENNER ◆ PELLEGRINO, LLP

## COUNSELLORS AT LAW

Cc:    Lester Kirshenbaum, Esq.
       Howard Simon, Esq.

A conference is set for 8/20/08 at 9:15 a.m. An extension to 8/20/08 is granted.

SO ORDERED:
Date: 8/15/08

Richard M. Berman, U.S.D.J.