UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAYE SCHOLER LLP
425 Park Avenue
New York, New York  10022-3598
Lester M. Kirshenbaum (lkirshenbaum@kayescholer.com)

*Counsel to Plan Committee of MarketXT Holdings Corp. / Appellee*

---------------------------------------------------------------  :
                                                                 :
EMPYREAN INVESTMENT FUND, LP,                                    :
EMPYREAN GENERAL PARTNER, LLC, ASH                               :
MASTER FUND II, LLC, ASH MASTER FUND,                            :
LP, ASH FUND, LP, f/k/a ASH CAPITAL                              :
MANAGEMENT. ASH GENERAL PARTNER,                                 :
LLC, ASH OFFSHORE FUND, LTD, ASH                                 :
GENERAL PARTNER OFFSHORE, LTD, et al.                            :
      Appellants                                                 :   Docket No. 08-cv-06936
                                                                 :
      v.                                                         :
ALAN NISSELSON AND OFFICIAL                                      :
COMMITTEE OF UNSECURED CREDITORS,                                :
      Appellees                                                  :
---------------------------------------------------------------  :

## NOTICE OF APPEARANCE OF COUNSEL

    PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for the Appellees, as of the date hereof and requests service of all notices and documents herein upon:

KAYE SCHOLER LLP
425 Park Avenue
New York, New York  10022-3598
Lester M. Kirshenbaum
Margarita Y. Ginzburg
Dina S. Rovner

Email: lkirshenbaum@kayescholer.com
mginzburg@kayescholer.com
drovner@kayescholer.com

Doc #31712202.WPD

Dated: New York, New York
       August 18, 2008

        Respectfully submitted,
        KAYE SCHOLER LLP

        By: *s/ Lester M. Kirshenbaum*
        Lester M. Kirshenbaum
        (lkirshenbaum@kayescholer.com)
        425 Park Avenue
        New York, New York 10022
        Telephone:    (212) 836-8000
        Facsimile:     (212) 836-6708
        *Attorneys for the Plan Committee/Appellee*

*Certificate of Service*

    I, Willie Nunez, hereby certify that on this the 18th day of August 2008, I caused a true copy of the foregoing *Notice of Appearance,* to be served electronically upon all parties with ECF for this matter.

        */s/ Willie Nunez*
        Willie Nunez