# DENNER ✤ PELLEGRINO, LLP
## COUNSELLORS AT LAW

August 19, 2008

Hon. Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street, Room 650
New York, NY 10007

Re:  **In Re: Marketxt Holdings Corp.**
     No. 1:08-cv-6936

Dear Judge Berman:

I entered my appearance as counsel for the appellants in the above-referenced matter on August 14th of last week. I write now with regard to the conference scheduled for tomorrow, August 20th, at 9:15 a.m. I respectfully request that the time of this hearing be rescheduled for some time, amenable to the Court, in the afternoon of the same day, so as to accommodate a pre-existing morning appointment. My partner, Jeffrey Denner, is likewise unavailable at the currently scheduled time, as he is in Los Angeles, CA attending to another matter.

If the Court sees fit to grant my rescheduling request, I would further respectfully request that I be allowed to appear via telephone, as my office is located in Boston, MA, and I will be unable to personally appear before the Court.

If in the alternative, the Court cannot accommodate my requests to reschedule and appear telephonically, I respectfully request the Court continue the scheduled conference to the morning of September 5, 2008, at which time I am available to appear before the Court in person.

Respectfully submitted,

/s/ *Gary G. Pelletier*

Gary G. Pelletier

Cc:  Lester Kirshenbaum, Esq.
     Howard Simon, Esq.

4 Longfellow Place, 35th Floor, Boston, MA  02114    Telephone (617) 227-2800    Telefax (617) 973-1562

265 State Street
Springfield, MA 01103
(413) 746-4400

536 Atwells Avenue
Providence, RI 02909
(401) 454-4004

3604 Broadway
New York, NY 10031
(866) 348-0900