UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————X

*In re:* **Marketxt Holdings Corp.**
————————————————————————X

Alan Nisselson, As Chapter 11 Trustee, and Official
Committee of Unsecured Creditors,
    Plaintiffs,
    v.
Empyrean Investment Fund, LP, Empyrean General Partner, LLC, Ash Master Fund, LP, Ash Master Fund, II, LLC, Ash Master Fund II, LP, Ash Fund, LP f/k/a Empyrean Fund, LP, Empyrean Fund, LP, Ash Fund, LP f/k/a Empyrean Investment Fund, LP, Ash Fund II, LP, Ash Capital, LLC f/k/a Ash Capital Management, Ash General Partner, LLC, Ash Offshore Fund Ltd., Ash General Partner Offshore, Ltd., and Ash Market Neutral Fund, Ltd.
    Defendant.
————————————————————————X

*ORDER OF DISMISSAL*
*FOR*
*FAILURE TO PROSECUTE*
*BANKRUPTCY APPEAL*

08-CV-6936 RMB

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08

FROM:  KATHLEEN FARRELL-WILLOUGHBY, CLERK
           UNITED STATES BANKRUPTCY COURT
           SOUTHERN DISTRICT OF NEW YORK

TO:     J.MICHAEL MCMAHON, CLERK
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK

IN RE: **Marketxt Holdings Corp.**              BANKRUPTCY CASE: 05-1268A (ALG)
DATE OF FILING NOTICE OF APPEAL: 11/19/2007

The above-referenced case is forwarded to District Court for possible dismissal. Petitioner has failed file a Designation of Items to be Included in the Record as required by:

    _X_ FRBP 8006
    ___ Federal Rules of Civil Procedure (Rule _____)
    ___ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee

Dated:  **August 4, 2008**                                   Kathleen Farrell-Willoughby, Clerk
         New York, New York                         U.S. Bankruptcy Court, SDNY

Internal Control #: 353                                       By: _____
                                                                           Deputy Clerk

**ORDER**

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated __8/20__ 2008                                   RMB
     New York, New York                            Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____           J.Michael McMahon, Clerk
                                                                     District Court, SDNY

                                                                     By: _____
                                                                               Deputy Clerk

*See also Court's Order of 8/20/08*